■ HAROLD GOLDFARB, Appellant-Respondent, v BLUE CROSS BLUE SHIELD OF GREATER NEW YORK, Respondent-Appellant. — Order, Appellate Term, First Department, entered on February 8, 1980, unanimously reversed, on the law, without costs and without disbursements, and plaintiff's motion for summary judgment granted on constraint of *Danzig v Dikman* (78 AD2d 303). The parties are directed to settle an order and, in the event of their inability so to do, the matter is remanded to the Special Term of Civil Court for the entry of an appropriate order in accordance herewith. Settle order. Concur — Kupferman, J. P., Sandler, Markewich, Silverman and Bloom, JJ.

■ PLASTIC FACTORY, INC., et al., Respondents, v UNIVERSAL PICTURES et al., Defendants, and PHIL ROSENBERG, Appellant. — Order, Supreme Court, New York County, entered on March 21, 1980, unanimously affirmed, without costs and without disbursements, and the appeal from the order of said court entered on February 1, 1980 is dismissed as having been subsumed in the aforesaid order entered on March 21, 1980, without costs and without disbursements. No opinion. Concur — Birns, J. P., Sandler, Sullivan, Markewich and Silverman, JJ.

■ EVACO S. A., Appellant, v GROSSEX COMPANY, INC., Respondent. — Order, Supreme Court, New York County, entered on April 30, 1980, unanimously affirmed. Plaintiff is directed, if it has not already done so, to serve a complaint within 20 days of the date of entry of this court's order. Respondent shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur — Fein, J. P., Sullivan, Ross and Lupiano, JJ.